**In the Matter of Julius C. MELOGRANE.**

**No. 820 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 6, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 6th day of May, 2003, A Rule having been entered by this Court on March 7, 2003, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Julius C. Melograne to show cause why he should not be placed on temporary suspension, upon consideration of the responses filed, it is hereby

ORDERED that the Rule is made absolute; Julius C. Melograne is placed on temporary suspension and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**David P. ROVNER, Respondent.**

**No. 822 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 6, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 6th day of May, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 22, 2003, Respondent's Objections and Exceptions and Petition for Review and response thereto, the request for a briefing schedule and oral argument is denied, and it is hereby

ORDERED that David P. Rovner be and he is suspended from the practice of law in this Commonwealth for a period of six months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.